■ PSK, INC., Respondent, v ALLIE SCOTT et al., Appellants. —Order, Supreme Court, New York County (Francis N. Pecora, J.), entered May 17, 1991, unanimously affirmed for the

reasons stated by Francis N. Pecora, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Kupferman, Asch and Smith, JJ.